UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Commissioner, NH Insurance Department</u>

     v.         Civil No. 07-cv-69-PB

<u>L'Internationale, Compagnie-D'Assurance-Vie</u>

<u>O R D E R</u>

I recuse myself from this case and direct the clerk to assign it to another judge.

SO ORDERED.


April 16, 2007          /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge


cc:  Glenn A. Perlow, Esq.
   R. Matthew Cairns, Esq.